United States District Court
Southern District of Texas
**ENTERED**
January 04, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LARRY MARK POLSKY,<br>　　Plaintiff, | §<br>§<br>§ |
| v. | §    Civil Action No. 1:16-CV-00299 |
| | § |
| THE LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br>　　Defendant. | §<br>§<br>§ |

### ORDER ADOPTING MAGISTRATE
### JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the "Magistrate Judge's Report and Recommendation" (Docket No. 16) in the above-referenced cause of action. No objections have been filed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**.

It is therefore, **ORDERED, ADJUDGED**, and **DECREED** that "Plaintiff's Motion to Remand to State Court" (Docket No. 8) is **DENIED**.

Signed on this \_\_4th\_\_ day of \_\_January\_\_, 2017.

_____
Rolando Olvera
United States District Judge