Case 1:16-cv-00299 Document 26 Filed in TXSD on 02/09/17 Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LARRY MARK POLSKY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 1:16-cv-00299 |
| | § | |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

In accordance with the Stipulation for Dismissal with Prejudice, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Plaintiff Larry Mark Polsky ("Polsky") against Defendant The Lincoln National Life Insurance Company ("Lincoln National"), or by Lincoln National against Polsky, are DISMISSED WITH PREJUDICE; it is further

ORDERED that whole life policy no. CA-4144658, which Lincoln National issued on Polsky's life, is CANCELLED and no longer of any force or effect; and it is further

ORDERED that all attorney's fees, expert witness fees, and court costs are taxed against the party incurring them.

The Court hereby orders the Clerk's office to close the case.

SO ORDERED.

SIGNED this 9th day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE

**AGREED:**

By:   /s/ Larry Mark Polsky
      Larry Mark Polsky
      State Bar No. 16105500

Law Office of Larry Mark Polsky
109 E. Mezquite, Unit B
South Padre Island, Texas 78597
(956) 761-1529
(956) 761-1599 (telecopy)

ATTORNEY FOR PLAINTIFF
LARRY MARK POLSKY


By:   /s/ Andrew C. Whitaker
      Andrew C. Whitaker
      State Bar No. 21273600
      andrew.whitaker@figdav.com

FIGARI + DAVENPORT, LLP
901 Main Street, Ste. 3400
Dallas, Texas 75202-3776
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
THE LINCOLN NATIONAL LIFE
INSURANCE COMPANY